UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| **COMPANIA APICOLA ARGENTINA S.A.; D'AMBROS MARIA DE LOS ANGELES D'AMBROS MARIA DANIELA SH; D'AMBROS MARIA DE LOS ANGELES D'AMBROS MARIA DANIELA SRL; GASRRONI, SRL; PRAIRIE IMPORTS LLC; PATAGONIK FOOD S.A.; and VILLAMORA S.A.** <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | **S U M M O N S** <br><br><br> **26-cv-03238** |

TO:     The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.     The following companies: (a) Compania Apicola Argentina S.A.; (b) D'Ambros Maria De Los Angeles D'Ambros Maria Daniela SH; D'Ambros Maria De Los Angeles D'Ambros Maria Daniela SRL (collectively "D'Anangie"); (c) Gasrroni SRL; (d) Patagonik Food S.A.; (e) Villamora S.A., all of which are foreign exporters of subject merchandise, and (f) Prairie Imports LLC, an importer of subject merchandise, are all interested parties under 19 U.S.C. § 1677(9)(A) that participated in the underlying administrative review, and thus have standing under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d) to challenge the determination at issue.
(Name and standing of plaintiff)

2.     Plaintiffs challenge aspects of the U.S. Department of Commerce's final results in Raw Honey From Argentina: Final Results of the Antidumping Duty Administrative Review; 2023–2024, 91 Fed. Reg. 35670 (Dep't of Commerce June 12, 2026)
(Brief description of contested determination)

3.     June 8, 2026
(Date of determination)

Form 3-2

4.    June 12, 2026
      (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

*/s/ Mark B. Lehnardt*
Signature of Plaintiff's Attorney

Mark B. Lehnardt
Davis & Leiman PLLC
1025 Connecticut Ave., N.W. Suite 1012
Washington, D.C. 20036
(202) 642-4850
mlehnardt@dltrade.com

July 13, 2026
      Date

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. ' 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)